RECEIVED AUG 24 2015 U.S.C.A. 3rd. CIR

TO: Marcia M. Waldron (Clerk)
United States Court of Appeals
21400 United States Courthouse
601 Market St.
Phila, P.A. 19106

US v Reid
Docket No.: 15-2377

Dear Clerk,

Can you please accept this letter as a motion to dismiss counsel. On July 10, 2015, Robert Gamburg was appointed to represent me in the U.S. Court of Appeals. Mr. Gamburg was my paid attorney in the U.S. District Court. He was ineffective and incompetent while representing me, which is all documented and has drastically affected the sentence I received. These are the reasons why I am appealing my sentence. I do not want Mr. Gamburgs' representation any longer because I feel he can only be more harmful to me. I am unable to afford a new attorney so I am asking the court to appoint an attorney to my case but not Robert Gamburg. If possible can you please notify me when my change of counsel is made and who they are. I have already sent Mr. Gamburg a letter relieving him of his services. Thank you for your service and understanding, it is greatly appreciated.

Sincerely,
Jamal Reid #64166050
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

Jamal Reid #64166 050
F.C.I HAZELTON
P.O. BOX 5000
Bruceton Mills, WV 26525

PITTSBURGH
PITTSBURGH
20 AUG '15
PM AUG '15
PM 6 L

U.S.M.S
X-RAY
3rd
X-mun

Office of The clerk
United States Court of Appeals
2-1400 United States court house
601 market street
Philadelphia, P.A. 19106

19106\$1790